IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ROSE C. MERCHANT,
    Plaintiff,

v.    Case No. 1:10cv376

FAIRFAX COUNTY, VIRGINIA, et al.,
    Defendant.

### ORDER

The matter came before the Court on plaintiff's motion for a new trial on damages (Doc. 150-1).

For the reasons stated from the Bench, and for good cause,

It is hereby **ORDERED** that plaintiff's motion is **GRANTED** and a new trial will be held as to damages only.

It is further **ORDERED** that the parties are **DIRECTED** to submit a joint pleading listing potential dates between February 15, 2013 and March 31, 2013 when a two-day trial may be held.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
December 14, 2012

/s/
T. S. Ellis, III
United States District Judge